UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN SIERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT ONE CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-02413-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 42 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 22, 2019

_____
WILLIAM H. ORRICK
United States District Judge